IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

CHERYL A. ELKINTON,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

12-cv-717-wmc

U.S. PRESIDENT BARAK OBAMA,
MEMBERS OF CONGRESS and
SECRETARIAL CABINET,

    Defendants.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice for lack of subject matter jurisdiction.

_Peter Oppeneer_      11/6/12
Peter Oppeneer, Clerk of Court      Date